UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-06251-GW (AS) | Date | December 6, 2013 |
|---|---|---|---|
| Title | Michael Zuniga v. United States of America et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 26, 2013, Petitioner filed a Petition for Writ of Habeas Corpus (Docket Entry No. 1). On October 11, 2013, Respondent F E Figueroa filed a Motion to Dismiss ("Motion") (Docket Entry No. 5). As of today, however, Petitioner has failed to file his Opposition or a request for an extension of time in which to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE no later than **December 20, 2013** why this action should not be dismissed with prejudice for failure to prosecute.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience. Petitioner is explicitly cautioned that failure to timely file an Opposition or otherwise respond to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |