**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ZUNIGA, | NO. 13-6251-GW (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the "Order Denying And Dismissing Petition For Lack Of Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 8, 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE